UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DARREN LEE,

                                          Plaintiff,

                -against-

THE CITY OF NEW YORK, POLICE OFFICER
ELMORE MCDONALD, tax # 929548, POLICE
OFFICERS JOHN DOES 1-3,

                                         Defendants.

**STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL**

09 CV 3536 (RRM)(RML)

------------------------------------------------------------------------ x

**WHEREAS,** plaintiff commenced this action by filing a complaint in or about August 2009 and an amended complaint in or about December 2009, alleging that defendants violated plaintiff's federal civil and state common law rights; and

**WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

**WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

       1.     The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. Defendant City of New York hereby agrees to pay plaintiff Darren Lee the total sum of Twenty Five Thousand Dollars ($25,000) in full satisfaction of all claims, including claims for costs, expenses and attorneys' fees. In consideration for the payment of this sum, plaintiff agrees to dismissal of all the claims against defendants City of New York and Elmore McDonald and to release said defendants and any present or former employees or agents of the City of New York, or any agency thereof, from any and all liability, claims, or rights of action that were or could have been alleged in this action, including claims for costs, expenses and attorneys' fees.

3. Plaintiff shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph "2" above and an Affidavit of Status of Liens.

4. Nothing contained herein shall be deemed to be an admission by defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject

matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto or to vary the terms and conditions contained herein.

Dated: New York, New York
April___, 2010

Richard J. Cardinale, Esq.
Attorney for Plaintiff
26 Court Street, Suite 1815
Brooklyn, New York 11242

MICHAEL A. CARDOZO
Corporation Counsel of the City of N.Y.
Attorney for Defendants City and McDonald
100 Church Street
New York, N.Y. 10007

By: _____
Richard J. Cardinale, Esq.

By: _____
Dara L. Weiss
Senior Counsel

**SO ORDERED:**

_____